UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SIERRA CLUB, INC., PEOPLE FOR PROTECTING PEACE RIVER, INC., and MANASOTA-88, INC.,**

Plaintiffs,

v.   Case No. 3:10-cv-564-J-25 TEM

**UNITED STATES ARMY CORPS OF ENGINEERS**
and **COLONEL ALFRED A. PANTANO, JR.,**
Commanding District Engineer, U.S. Army Corps
of Engineers, Jacksonville District,

Defendants.

_____/

## TEMPORARY RESTRAINING ORDER

The Court, having read and considered Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 2) and all supporting documents, hereby issues a Temporary Restraining Order and finds as follows:

1. On June 14, 2010, the U.S. Army Corps of Engineers (Corps) issued a Clean Water Act section 404 permit to Mosaic Fertilizer, Inc., authorizing strip mining for phosphate ore on the 10,885-acre "South Fort Meade Extension" site, with impacts to 534 acres of wetlands and 10.7 miles of streams feeding the Peace River and Charlotte Harbor watershed.

1

2. Mining equipment has been mobilized immediately adjacent to the South Fort Meade site and at the hearing held on this matter a party represented that strip mining procedures have commenced at the extension site.

3. Plaintiffs have demonstrated a substantial likelihood of success on the merits on their claims that the Corps issued the permit in violation of the Clean Water Act and National Environmental Policy Act and acted in a manner that was arbitrary, capricious and contrary to law under the Administrative Procedure Act.

4. Any harm to Defendants by the issuance of a temporary restraining order is minimal because the South Fort Meade Extension is a continuation of mining activities occurring under a different Corps permit.

5. Without temporary injunctive relief, Plaintiffs and the environment will suffer irreparable harm. This harm outweighs any harm to Defendants. Injury to the Peace River and Charlotte Harbor and their headwater and tributary wetlands and streams is sufficiently likely if mining commences pursuant to the permit.

6. The public interest favors the issuance of a temporary restraining order to protect these resources and the natural environment and maintain

the status quo until this case can be resolved on the merits.

7. Plaintiffs are not required to post a bond pursuant to Federal Rule of Civil Procedure 65(c), because it is customary to waive bonds in public interest litigation such as this and Plaintiff does not have a financial interest in the outcome.

8. A temporary restraining order "expires at the time after entry-not to exceed 14 days-that the court sets, unless before that time the court, for good cause, extends it for a like period." Fed, R. Civ. P. 65(b)(2). The Court finds that the full time allowable under the rule, 28 days, is necessary to adequately review the merits of the case and allow both the Defendants and the Intervener to appropriately respond. Accordingly, it is **ORDERED**:

1. Plaintiffs' Motion for a Temporary Restraining Order is **GRANTED**; Defendants, all of its agents, officers, employees and attorneys, as well as Mosaic Fertilizer, LLC and its agents, officers, employees and attorneys are temporarily restrained and enjoined from conducting any activities in reliance on Corps permit SAJ-1997-4099, including but not limited to any excavation, dredging, filling or other alteration of jurisdictional waters of the United States at the South Fort Meade Extension site.

2. The Court issues this Temporary Restraining Order after informal

notice by Plaintiffs to Defendants, but not after the 14-day minimum notice required by Local Rule 4.06(a).

3. A hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. 2) is set for **July 22, 2010** at **1:30 p.m** in Courtroom 10A, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

4. Defendants and Intervener shall file and serve any opposing affidavits and/or responses no later than at 4:00 p.m. **seven days** preceding the hearing.

5. This Order shall remain in full force and effect up to and including **July 28, 2010** unless modified or extended by Order of this Court.

6. Mosaic Fertilizer, LLC's Emergency Motion to Intervene (Dkt. 19) is **GRANTED**.

**DONE AND ORDERED** this ___1ST___ day of July, 2010 at 2:50 p.m.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Courtroom Deputy

4