UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SIERRA CLUB, INC., PEOPLE FOR PROTECTING
PEACE RIVER, INC.,** and **MANASOTA-88, INC.,**

    Plaintiffs,

v.                                                      Case No. **3:10-cv-564-J-25 TEM**

**UNITED STATES ARMY CORPS OF ENGINEERS**
and **COLONEL ALFRED A. PANTANO, JR.,**
Commanding District Engineer, U.S. Army Corps
of Engineers, Jacksonville District,

    Defendants.
_____/

## ORDER

On July 26, 2010, Mosaic Fertilizer filed its rebuttal memorandum as directed by the Court (Dkt. 79). However, it appears that the pleading does not comply with Local Rule 1.05 (a) which requires pleadings be typed in a twelve point or larger font. Although the Court admonishes Mosaic and finds the pleading is due to be stricken, it will allow Mosaic one day to refile the pleading in a form that complies with the Local Rules. No page extensions shall be granted.

Further, due to the complicated nature of these proceedings and the voluminous record, the Court finds that an additional day is necessary to

1

adequately review the merits of Plaintiffs' preliminary injunction request. Accordingly, it is **ORDERED**:

1. Mosaic Fertilizer's rebuttal memorandum (Dkt. 79) is **STRICKEN**; Mosaic shall have until **3:00 p.m** on **July 28, 2010** to file its replacement pleading;

2. The Court's Temporary Restraining Order (Dkt. 23) shall remain in full force and effect up to and including **July 30, 2010** unless modified or extended by Order of this Court.

**DONE AND ORDERED** this \_\_\_27\_\_\_ day of July, 2010 at 4:55 p.m.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Courtroom Deputy