**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**SIERRA CLUB, INC., PEOPLE FOR PROTECTING**
**PEACE RIVER, INC., and MANASOTA-88, INC.,**

Plaintiffs,

v.                                                              Case No. **3:10-cv-564-J-25 JBT**

**UNITED STATES ARMY CORPS OF ENGINEERS**
and **COLONEL ALFRED A. PANTANO, JR.,**

Commanding District Engineer, U.S. Army Corps
of Engineers, Jacksonville District,

Defendants,

and

**MOSAIC FERTILIZER, LLC,**

Intervenor Defendant.

_____/

## ORDER

This Cause is before the Court on Mosaic's Motion to Stay (Dkt. 96).

Mosaic seeks a shortened response time and an expedited ruling on the

motion because it anticipates laying off employees later this month unless

the preliminary injunction is stayed.

Plaintiffs object to Mosaic's proposal to shorter their response time.

Plaintiffs contend that Mosaic's urgency is the product of its own delay because its Motion to Stay was not filed until 12 days after this Court's Order and Preliminary Injunction of July 30, 2010. This Court agrees that a shortening of the response time would impose hardship on Plaintiffs and therefore this request is denied.

In addition, the Parties have filed an expedited briefing schedule as directed by the Court in its Order and Preliminary Injunction. However, because an appeal of that Order has been filed, the Court is concerned that a duplication of efforts may result in the event that the Court is directed to revisit its ruling. Thus, the Court does not anticipate working on this case during the appeal's pendency. The parties should submit a revised proposal after resolution of the appeal.

Lastly, Mosaic's Motion maintains that remand of the permit to the Corps is a remedy only available when the Court rules on the merits of the case. While the Court certainly understands Mosaic's position, the remand was directed in an effort to expedite this matter based on Mosaic's arguments. In the Order, while not accepting Mosaic's dire predictions wholesale, it acknowledged the potential economic effects of an injunction and noted that it takes this issue very seriously.

Thus, the remand was designed to shorten the time frame between a ruling on the merits and a re-issuance of the permit in some form. Given Defendant's objection to the remand, the court will consider staying this portion of the ruling; Plaintiffs should address this particular issue when filing their opposition. Accordingly, it is **ORDERED**:

Mosaic's request to expedite a ruling on its Motion to Stay is **DENIED**.

**DONE AND ORDERED** this ____19th____ day of August, 2010.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Courtroom Deputy