UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SIERRA CLUB, INC.; PEOPLE FOR
PROTECTING PEACE RIVER, INC.;
and MANASOTA-88, INC.,

    Plaintiffs,

v.                                            Case No.: 3:10-cv-564-J-25JBT

UNITED STATES ARMY CORPS OF
ENGINEERS; and ALFRED A. PANTANO, JR.,

    Defendants,

and

MOSAIC FERTILIZER, LLC,

    Defendant-Intervenor.
_____/

## JOINT MOTION FOR ORDER APPROVING PARTIAL SETTLEMENT AGREEMENT

Plaintiffs, Sierra Club, Inc., People for Protecting Peace River, Inc., and Manasota-88, Inc. and Defendant-Intervenor Mosaic Fertilizer, LLC ("Mosaic"), by counsel, jointly move this Court to enter an Order approving the terms of the Partial Settlement Agreement attached as Exhibit 1. The Partial Settlement Agreement resolves the Motion for Limited Stay of Preliminary Injunction Pending Appeal (Dkt. 96) ("Limited Stay Motion"). Plaintiffs and Mosaic have conferred with counsel for Federal Defendants, who stated that they have no objection to this motion.

    1.    Plaintiffs and Mosaic have agreed to settle their dispute regarding the Limited Stay Motion, subject to approval by this Court, by agreeing that Mosaic can proceed with

mining of "Phase I" of the project in exchange for the preservation of 14.3 acres of wetlands on the South Fort Meade Hardee County Extension and other consideration set forth in the Partial Settlement Agreement, which is attached as Exhibit 1 and incorporated into this motion by reference.

2. The Partial Settlement Agreement solely resolves the Limited Stay Motion. It does not otherwise affect or modify the preliminary injunction, or any other issues or proceedings in this Court or in the Court of Appeals.

3. A proposed Order, which has been agreed to by the parties, is attached as Exhibit 2. Upon this Court's entry of an Order approving the Partial Settlement Agreement, Mosaic will withdraw its pending Limited Stay Motion as moot.

Respectfully submitted this 28th day of October, 2010.

/s/ *Eric E. Huber*
Eric E. Huber
*Pro Hac Vice* (Colo. Bar No. 40664)
eric.huber@sierraclub.org
Sierra Club
1650 38th Street, Suite 102W
Boulder, CO 80301
Telephone: (303) 449-5595
Facsimile: (303) 449-6520

/s/ *Brad E. Kelsky*
Brad E. Kelsky
*Pro Hac Vice* (Fla. Bar No. 0059307)
bradkelsky@kelskylaw.com
Law Offices of Brad E. Kelsky, P.A.
10189 Cleary Blvd., Suite 102
Plantation, FL 33324
Telephone: (954) 449-1400
Facsimile: (954) 449-8986

/s/ *Marcy I. LaHart*
Marcy I. LaHart
Fla. Bar No. 0967009
marcy@floridaanimallawyer.com
Marcy I. LaHart, P.A.
4804 SW 45th Street
Gainesville, FL 32608
Telephone: (352) 224-5699
Facsimile: (888) 400-1464
*Counsel for Plaintiffs*

/s/ *David B. Weinstein*
David B. Weinstein
Fla. Bar No. 604410
weinsteind@gtlaw.com
Kerri L. Barsh
Fla. Bar No. 443840
BarshK@gtlaw.com
Kimberly S. Mello
Fla. Bar No. 002968
mellok@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 E. Twiggs St., Ste. 100
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

and

Frank E. Matthews
Fla. Bar No. 328812
frankm@hgslaw.com
Susan L. Stephens
Fla. Bar No. 986836
susans@hgslaw.com
**HOPPING GREEN&SAMS, P.A.**
123 South Calhoun Street
P.O. Box 6526
Tallahassee, Florida 32314-6526
Telephone: (850) 222-7500
Facsimile: (850) 224-8551
*Counsel for Mosaic Fertilizer, LLC*

**CERTIFICATE OF SERVICE**

I certify that on October 28, 2010, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ David B. Weinstein*
Attorney