UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SIERRA CLUB, INC.; PEOPLE FOR PROTECTING PEACE RIVER, INC.;** and **MANASOTA-88, INC.,**
Plaintiffs,

v.                                          Case No.: **3:10-cv-564-J-25JBT**

**UNITED STATES ARMY CORPS OF ENGINEERS**; and **ALFRED A. PANTANO, JR.,**
Defendants,

and

**MOSAIC FERTILIZER, LLC,**
Defendant-Intervenor.
_____/

## ORDER

This Cause is before the Court on the Parties' Joint Motion for Order Approving Partial Settlement Agreement (Dkt. 114). Upon consideration, it is **ORDERED**:

1. The Parties' Joint Motion for Order Approving Partial Settlement Agreement (Dkt. 114) is **GRANTED**;

2. This Court approves the Partial Settlement Agreement (Dkt.114-1), which is incorporated and made part of this Order by this reference.

3. The preliminary injunction (Dkt. 88) is modified in accordance with the

Partial Settlement Agreement to allow Mosaic to conduct Phase I mining on the South Fort Meade Hardee County Extension. The preliminary injunction remains in effect in all other respects.

4. Mosaic's Motion for Limited Stay (Dkt. 96) is **DENIED AS MOOT**;

5. The Court has been advised that the Federal Defendants have no objection to the entry of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this __3__ day of November 2010.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record