# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

SIERRA CLUB, INC.; PEOPLE FOR
PROTECTING PEACE RIVER, INC.; and
MANASOTA-88, INC.,

    Plaintiffs,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS; and ALFRED A. PANTANO,
JR.,

    Defendants.

Case No.: 3:10-cv-564-J-25TEM

_____/

## MOSAIC'S NOTICE OF INTENT TO OPPOSE
## PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT AND AMEND
## ON EXPEDITED BASIS

Intervenor Defendant, Mosaic Fertilizer, LLC ("Mosaic") informs the Court that it intends to file an opposition to Plaintiffs' Motion For Leave To Supplement And Amend The Amended Complaint (Dkt. No. 130)("Motion"), which seeks to add new facts and claims related to Mosaic's Area 2 uplands only mining, on an expedited basis.

To facilitate the accelerated summary judgment briefing schedule (Dkt. 121 and 124), Mosaic will file its opposition brief within 8 days of the filing of Plaintiffs' Motion (*i.e.*, by Thursday, May 12, 2011), rather than the 14 days provided by Local Rule 3.01(b).

Dated: May 6, 2011

                    Respectfully submitted,

                    */s/ David B. Weinstein*
                    David B. Weinstein
                    Fla. Bar No. 604410
                    weinsteind@gtlaw.com
                    Kerri L. Barsh
                    Fla. Bar No. 443840
                    Kimberly S. Mello
                    Fla. Bar No. 002968
                    mellok@gtlaw.com
                    **GREENBERG TRAURIG, P.A.**
                    625 E. Twiggs St., Ste. 100
                    Tampa, FL 33602
                    Telephone: (813) 318-5700
                    Facsimile: (813) 318-5900

                    and

                    Frank E. Matthews
                    Fla. Bar No. 328812
                    frankm@hgslaw.com
                    **HOPPING GREEN & SAMS, P.A.**
                    123 South Calhoun Street
                    P.O. Box 6526
                    Tallahassee, Florida 32314-6526
                    Telephone: (850) 222-7500
                    Facsimile: (850) 224-8551

                    *Counsel for Mosaic Fertilizer, LLC*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2011, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system.

                    */s/ David B. Weinstein*
                    Attorney