UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SIERRA CLUB**, *et al*,

    Plaintiffs,

v.                    Case No.: **3:10-cv-564-J-25 JBT**

**UNITED STATES ARMY CORPS OF ENGINEERS**, etc., *et al*,

    Defendants.
_____/

## ORDER

This Cause is before the Court on Plaintiff's Motion to Supplement and Amend (Dkt. 130). Upon consideration, it is **ORDERED**:

Plaintiff's Motion to Supplement and Amend (Dkt. 130) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of May 2011.

                HENRY LEE ADAMS, JR.
                UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record