UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SIERRA CLUB**, **INC**., *et al,*

    Plaintiffs,

v.                                             Case No.: **3:10-cv-564-J-25JBT**

**UNITED STATES ARMY CORPS OF ENGINEERS**, etc., *et al,*

    Defendants.
_____/

## O R D E R

This Cause is before the Court on Plaintiffs' Motion for Preliminary Injunction (Dkt. 148) and Mosaic's Motion for Leave to File Supplemental Brief (Dkt. 145). As to Mosaic's motion, the same is granted.

As to Plaintiffs' motion, the Court may not hold a hearing on this matter but the Parties are directed to follow the briefing schedule below.

Further, based on the pleadings filed in this case so far, it appears that the Parties may not agree as to the question of whether the Corps considered so-called "Area 2" in its alternatives analysis prior to issuing the relevant permit.

The Court directs the Parties to submit either a joint statement regarding this issue or, if there is no agreement, individual statements which include specific citation to any documents contained in the record that support its position. The statement may not exceed **five pages**. Accordingly, it is **ORDERED:**

    1. The stay in this case is **lifted**;

2. Mosaic's Motion for Leave to File Supplemental Brief (Dkt. 145) is **GRANTED**. Mosaic is directed to refile the document electronically as a separate docket entry;

<u>As to the pending motion for preliminary injunction</u> (Dkt. 148):

3. Any opposition to the motion may not exceed **twenty** pages and must be filed on or before **June 27, 2011**;

4. Plaintiffs may file a **seven page** reply to any opposition on or before **July 1, 2011**;

5. Defendant and/or Mosaic may file a **four page** surreply to Plaintiff's reply on or before **July 5, 2011**.

6. All Parties are directed to file a response to the court's inquiry regarding "Area 2" on or before **July 5, 2011.**

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of June, 2011.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:   Counsel of Record