**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SIERRA CLUB, INC.; PEOPLE FOR
PROTECTING PEACE RIVER, INC.; and
MANASOTA-88, INC.,

    Plaintiffs,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS; and ALFRED A. PANTANO,
JR.,

    Defendants,

and

MOSAIC FERTILIZER, LLC,

    Defendant-Intervenor.
                                                        /

Case No.: 3:10-cv-564-J-25TEM

## NOTICE OF APPEAL

      Notice is given that Intervenor-Defendant, Mosaic Fertilizer, LLC, appeals to the United States Court of Appeals for the Eleventh Circuit this Court's July 8, 2011 Preliminary Injunction. (Dkt. #168.)

**(Attorney's Signature Appears on the Following Page)**

| | |
|---|---|
| Dated: July 15, 2011 | Respectfully submitted, |
| Elliot H. Scherker | David B. Weinstein |
| Florida Bar No. 202304 | Florida Bar No. 604410 |
| scherkere@gtlaw.com | weinsteind@gtlaw.com |
| GREENBERG TRAURIG, P.A. | Kimberly S. Mello |
| Wells Fargo Center, Suite 4400 | Florida Bar No. 0002968 |
| 333 Southeast Second Avenue | mellok@gtlaw.com |
| Miami, Florida 33131 | GREENBERG TRAURIG, P.A. |
| Telephone:  305.579.0500 | Courthouse Plaza, Suite 100 |
| Facsimile:  305.579.0717 | 625 East Twiggs Street |
| | Tampa, Florida 33602 |
| | Telephone:  813.318.5700 |
| | Facsimile:  813.318.5900 |
| | By: /s/ David B. Weinstein |

*Counsel for Mosaic Fertilizer, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 15, 2011, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record, and by U.S. Mail to the following:

Douglas P. Hayes
Sierra Club Environmental Law Program
1650 38th Street, Suite 102-W
Boulder, Co 80301

                                                  /s/ David B. Weinstein
                                                  Attorney