**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SIERRA CLUB, INC.; PEOPLE FOR
PROTECTING PEACE RIVER, INC.; and
MANASOTA-88, INC.,

      Plaintiffs,

v.                                     Case No.: 3:10-cv-564-HLA-JBT

UNITED STATES ARMY CORPS OF
ENGINEERS; and ALFRED A. PANTANO,
JR.,

      Defendants,

and

MOSAIC FERTILIZER, LLC,

      Defendant-Intervenor.

_____/

**NOTICE OF RENEWING MOTION TO EXPEDITE RULING**
**ON MOSAIC FERTILIZER, LLC'S MOTION FOR**
**LIMITED STAY OF PRELIMINARY INJUNCTION PENDING APPEAL**

      Mosaic Fertilizer, LLC ("Mosaic") renews its request for an expedited ruling on its Motion

for Limited Stay of Preliminary Injunction Pending Appeal ("Limited Stay Motion") filed on July 19,

2011 (Dkt. #173), as follows:

      1.      On July 26, 2011, Mosaic filed its Motion to Expedite Ruling on Mosaic Fertilizer,

LLC's Motion for Limited Stay of Preliminary Injunction Pending Appeal ("Motion to Expedite").

(Dkt. #176).

      2.      The next day, this Court entered an Order denying Mosaic's Motion to Expedite "to

the extent that Mosaic seeks a ruling prior to the filing of Plaintiffs' response to the Motion to Stay."

(Dkt. #178).

3.      Plaintiffs filed their response to the Limited Stay Motion on August 10, 2011.  (Dkt. #180).

4.      Accordingly, now that Plaintiffs have filed their response, Mosaic renews its request that this Court expedite its ruling on the Limited Stay Motion based on the grounds set forth in Mosaic's Motion to Expedite.  (Dkt. #176).

Dated: August 11, 2011                              Respectfully submitted,

                                                    /s/ David B. Weinstein
                                                    David B. Weinstein
                                                    Fla. Bar No. 604410
                                                    weinsteind@gtlaw.com
                                                    Kerri L. Barsh
                                                    Fla. Bar No. 443840
                                                    Kimberly S. Mello
                                                    Fla. Bar No. 002968
                                                    mellok@gtlaw.com
                                                    **GREENBERG TRAURIG, P.A.**
                                                    625 E. Twiggs St., Ste. 100
                                                    Tampa, FL  33602
                                                    Telephone: (813) 318-5700
                                                    Facsimile:  (813) 318-5900

                                                    and

                                                    Frank E. Matthews
                                                    Fla. Bar No. 328812
                                                    frankm@hgslaw.com
                                                    **HOPPING GREEN & SAMS, P.A.**
                                                    123 South Calhoun Street
                                                    P.O. Box 6526
                                                    Tallahassee, Florida 32314-6526
                                                    Telephone: (850) 222-7500
                                                    Facsimile: (850) 224-8551

                                                    *Counsel for Mosaic Fertilizer, LLC*

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2011, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system.

/s/ David B. Weinstein
Attorney