
# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 11-13277-EE

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 11 2011
JOHN LEY
CLERK

SIERRA CLUB, INC.,
PEOPLE FOR PROTECTING PEACE RIVER, INC.,
MANASOTA-88, INC.,

                                    Plaintiffs - Appellees,

versus

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

                                    Defendants,

MOSAIC FERTILIZER, LLC,

                                      Intervenor Defendant - Appellant,

FLORIDA HARDEE COUNTY,

                                      Intervenor Defendant.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE:   EDMONDSON, CARNES, and PRYOR, Circuit Judges.

BY THE COURT:

    Appellant's motion for stay pending appeal is DENIED without prejudice to renewal in thirty (30) days if the district court has not ruled on the motion for stay pending appeal. Cf. United States v. Drogoul, 1 F.3d 1546, 1558 n.29 ("We generally require the district court to rule on the question of a stay in the first instance. See, e.g., Fed.R.App.P. 8(a). Accordingly, we decline to address this issue at the present time."). We trust that the district court will rule expeditiously on the motion for stay that is pending in the district court.

Appellant's motion to expedite disposition of the appeal is GRANTED. The Clerk is directed to expedite submission of this appeal for merits consideration as soon as briefing is completed.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 11, 2011

Elliot H. Scherker
Greenberg Traurig, LLP
333 AVENUE OF THE AMERICAS STE 4400
MIAMI, FL 33131-2184

Appeal Number: 11-13277-EE
Case Style: Sierra Club, Inc., et al v. Mosaic Fertilizer, LLC
District Court Docket No: 3:10-cv-00564-HLA-JBT

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MOT-2 Notice of Court Action