**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SIERRA CLUB, INC.; PEOPLE FOR
PROTECTING PEACE RIVER, INC.; and
MANASOTA-88, INC.,

    Plaintiffs,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS; and ALFRED A. PANTANO,
JR.,

    Defendants,

and

MOSAIC FERTILIZER, LLC,

    Intervenor-Defendant.
                                             /

Case No. 3:10-cv-564-J-25JBT

**INTERVENOR, MOSAIC FERTILIZER, LLC'S, JOINDER IN
FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

    Intervenor-Defendant, Mosaic Fertilizer, LLC ("Mosaic"), joins in the Federal Defendants' December 2, 2011 Notice of Supplemental Authority (Dkt. 188) (the "Notice"). As set forth in the Notice, the U.S. Court of Appeals for the District of Columbia Circuit recently issued an opinion, *Sierra Club v. Van Antwerp*, --- F.3d ---, 2011 WL 5924561 (D.C. Cir. Nov. 29, 2011), affirming in part and reversing in part *Sierra Club v. Van Antwerp*, 719 F. Supp. 2d 58 (D.D.C. 2010), upon which Plaintiffs rely in their pending Motion for Summary Judgment.

**(Attorney's Signature Appears on Following Page)**

Dated: November 7, 2011                                   Respectfully submitted,

*/s/ David B. Weinstein*
David B. Weinstein
Fla. Bar No. 604410
weinsteind@gtlaw.com
Kimberly S. Mello
Fla. Bar No. 002968
mellok@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 E. Twiggs Street, Suite 100
Tampa, Florida  33602
Telephone: (813) 318-5700
Facsimile:  (813) 318-5900

and

John A. DeVault, III
Fla. Bar No. 103979
jad@bedellfirm.com
**BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.**
101 East Adams Street
Jacksonville, Florida  32202-3303
Telephone:  (904) 353-0211
Facsimile:  (904) 353-9307

*Counsel for Mosaic Fertilizer, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on December 7, 2011, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system.

*/s/ David B. Weinstein*
Attorney