**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SIERRA CLUB, INC.; PEOPLE FOR PROTECTING PEACE RIVER, INC.; and MANASOTA-88, INC.,

Plaintiffs,

Case No.: 3:10-cv-564-J-25JBT

v.

UNITED STATES ARMY CORPS OF ENGINEERS; and ALFRED A. PANTANO, JR.,

Defendants,

and

MOSAIC FERTILIZER, LLC,

Defendant-Intervenor.

**JOINT MOTION FOR ORDER OF INCLINATION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiffs, Sierra Club, Inc., People for Protecting Peace River, Inc., and Manasota-88, Inc. (collectively, the "Plaintiffs") and Defendant-Intervenor, Mosaic Fertilizer, LLC ("Mosaic"), by counsel, jointly move this Court under Rule 62.1, Federal Rules of Civil Procedure, for an indicative ruling determining that the Court will approve the terms of their Settlement Agreement, vacate the July 8, 2011 Preliminary Injunction (Doc. 168), and dismiss this action with prejudice while retaining jurisdiction to enforce the Settlement Agreement ("Joint Motion") if the U.S. Court of Appeals for the Eleventh Circuit ("Eleventh Circuit") remands for that purpose. The grounds upon which this Joint Motion is based are set forth below.

1 Plaintiffs and Mosaic have agreed to settle this dispute—contingent upon this Court's approval—on the terms set forth in the Settlement Agreement, a copy of which is attached as Exhibit "A."

2. Simultaneously with this Joint Motion, Plaintiffs and Mosaic have filed a Joint Motion in the Eleventh Circuit requesting that the appeal be stayed for a period of ten days to allow this Court to determine whether it will approve the Settlement Agreement, vacate the preliminary injunction, and dismiss this action with prejudice while retaining jurisdiction to enforce the Settlement Agreement, if the Eleventh Circuit remands for that purpose. A copy of the parties' proposed Final Order Approving Settlement Agreement and Dismissing Action with Prejudice is attached as Exhibit "B."

3. Accordingly, Plaintiffs and Mosaic respectfully request that this Court enter an Order in the form of the attached Exhibit "C" stating that it will enter the proposed Final Order in the form attached as Exhibit "B" upon remand by the Eleventh Circuit.

4. Once this Court determines whether it will issue an indicative ruling, Plaintiffs and Mosaic will notify the Eleventh Circuit of this Court's disposition of this Joint Motion pursuant to Fed. R. Civ. P. 62.1(b) and Fed. R. App. P. 12.1(a), and will request either (i) a remand under Fed. R. App. P. 12.1(b) to allow this Court to enter the Final Order, or (ii) in the event that this Joint Motion is denied or the Court otherwise declines to enter the Final Order, that the Eleventh Circuit proceed with the appeal of the Preliminary Injunction (Appeal No. 11-13277-EE).

**RULE 3.01(g) CERTIFICATION**

Pursuant to Rule 3.01(g), Local Rules, Middle District of Florida, Mosaic's counsel has conferred regarding this Motion with the following counsel of record: Adam Katz, Trial Attorney, U.S. Department of Justice, counsel for the United States Corps of Engineers and Colonel Alfred A. Pantano, Jr., who stated the Federal Defendants do not object to the relief requested in this Motion.

Respectfully submitted this 23rd day of February, 2012.

/s/ *Eric E. Huber*
Eric E. Huber
Pro Hac Vice (Colo. Bar No. 40664)
Douglas P. Hayes
Pro Hac Vice (Colo. Bar No. 39216)
Sierra Club
1650 38th Street Suite 102W
Boulder, Colorado 80301
Telephone: (303) 449-5595
Facsimile: (303) 449-6520

*Counsel for Plaintiffs*

*/s/ David B. Weinstein*
David B. Weinstein
Fla. Bar No. 604410
weinsteind@gtlaw.com
Kimberly S. Mello
Fla. Bar No. 002968
mellok@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 E. Twiggs St., Ste. 100
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

and

John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202-3303
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for Mosaic Fertilizer, LLC*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2012, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system.

*/s/ David B. Weinstein*
Attorney