**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**SIERRA CLUB**, *et al*,

Plaintiffs,

v. Case No.: **3:10-cv-564-J-25JBT**

**UNITED STATES ARMY CORPS OF ENGINEERS**, etc., *et al*,

Defendants.
_______________________________________/

**ORDER OF INCLINATION TO APPROVE SETTLEMENT AND DISMISS ACTION UPON REMAND FROM THE ELEVENTH CIRCUIT**

This Cause is before the Court on the Joint Motion for Order of Inclination for Approval of Settlement Agreement and Dismissal with Prejudice filed by Plaintiffs, Sierra Club, Inc., People for Protecting Peace River, Inc., and Manasota-88, Inc. (collectively, the Plaintiffs), and Defendant-Intervenor, Mosaic Fertilizer, LLC (Mosaic), pursuant to Fed. R. Civ. P. 62.1 (Dkt. 196).

The Court has considered the motion and notes that the Federal Defendants have not objected to the entry of this Order. Accordingly, for good cause shown, it is **ORDERED** as follows:

1. The Joint Motion for Order of Inclination for Approval of

Settlement Agreement and Dismissal with Prejudice (Dkt. 196) is **GRANTED**;

2. This Court will approve the Settlement Agreement, vacate the July 8, 2011 Preliminary Injunction (Dkt. 168), and dismiss this action with prejudice while retaining jurisdiction to enforce the Settlement Agreement if the U.S. Court of Appeals for the Eleventh Circuit remands for that purpose pursuant to Fed. R. App. P. 12.1(b);

3. Plaintiffs and Mosaic shall, within two business days from the entry of this Order, notify the Eleventh Circuit of this Order by filing a notice to that effect in Appeal No. 11-13277-EE accompanied by this Order;

4. In addition, within two business days from their receipt of an order by the Eleventh Circuit remanding this matter pursuant to Fed. R. App. P. 12.1(b), Plaintiffs and Mosaic shall file their Joint Motion for Entry of Final Order Approving the Settlement Agreement and Dismissing the Action.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of February 2012.

**HENRY LEE ADAMS, JR.**
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record