FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 15 2012
JOHN LEY
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 11-13277-EE

---

SIERRA CLUB, INC.,
PEOPLE FOR PROTECTING PEACE RIVER, INC.,
MANASOTA-88, INC.,

Plaintiffs - Appellees,

versus

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

Defendants,

MOSAIC FERTILIZER, LLC,

Intervenor Defendant- Appellant,

FLORIDA HARDEE COUNTY,

Intervenor Defendant.

-------------------------
On Appeal from the United States District Court for the
Middle District of Florida
-------------------------

BEFORE: WILSON and PRYOR, Circuit Judges.

BY THE COURT:

The "Joint Motion for Limited Remand ..." is GRANTED IN PART and DENIED IN PART. To the extent the parties request that this Court remand the matter to the district court, their motion is GRANTED. To the extent the parties ask this Court to retain jurisdiction over the appeal during the remand, their request is DENIED. See 11th Cir.R. 12.1-1(c)(2)(iv). This matter is REMANDED IN FULL to the district court.

The Clerk is directed to close the file on this appeal.

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 15, 2012

Sheryl L. Loesch
United States District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 11-13277-EE
Case Style: Sierra Club, Inc., et al v. Mosaic Fertilizer, LLC
District Court Docket No: 3:10-cv-00564-HLA-JBT

CORRECTED TO REFLECT ACTUAL DATE OF DISMISSAL:***3/15/12***

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

The record on appeal will be returned to you at a later date.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

Enclosure(s)

DIS-4 Multi-purpose dismissal letter