UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SIERRA CLUB, INC.; PEOPLE FOR PROTECTING PEACE RIVER, INC.**; and **MANASOTA-88, INC.**,

Plaintiffs,

v. Case No.: **3:10-cv-564-J-25JBT**

**UNITED STATES ARMY CORPS OF ENGINEERS; and ALFRED A. PANTANO, JR.**,

Defendants,

and

**MOSAIC FERTILIZER, LLC,**

Defendant-Intervenor.
_______________________________________/

**FINAL ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE**

This Cause is before the Court on the Joint Motion for Entry of Final Order Approving the Settlement Agreement and Dismissing the Action (Dkt. 200) filed by Plaintiffs, SierraClub, Inc., People for Protecting Peace River, Inc., and Manasota-88, Inc. (collectively, the Plaintiffs) and Defendant-Intervenor, Mosaic Fertilizer, LLC (Mosaic). The Federal

Defendants have no objection to the entry of this Final Order. Accordingly, for good cause shown, it is **ORDERED** as follows:

1. The Joint Motion for Entry of Final Order Approving the Settlement Agreement and Dismissing the Action (Dkt. 200) is **GRANTED**.

2. Upon consideration of the Settlement Agreement and its Attachments, the Administrative Record, and the court file as a whole, the Court finds that: (a) the terms and conditions of the Settlement Agreement, including its attachments, are fair, reasonable, and in the public interest; and (b) the Settlement Agreement adequately addresses the environmental concerns raised by the Plaintiffs and addressed by this Court in its prior rulings, which have been fully briefed by well-represented parties on all sides. Therefore, based on the foregoing, dismissal pursuant to the Settlement Agreement is the most appropriate means of resolving this action.

3. Accordingly, the Settlement Agreement entered into between Plaintiffs and Mosaic is **APPROVED**.

4. The July 8, 2011 Preliminary Injunction (Dkt. 168) is **VACATED**.

5. The Court retains jurisdiction to enforce the Settlement Agreement.

6. This action is **DISMISSED with prejudice**. Except as otherwise

provided in the Settlement Agreement, each party shall bear its own fees and costs.

**DONE AND ORDERED** this 28 day of March, 2012.

**HENRY LEE ADAMS, JR.**
United States District Judge